IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANDRE JEFFERSON                                                                                         PLAINTIFF

v.                                            Case No. 6:21-cv-06111

JOHN DOE JAIL DOCTOR,
Turnkey Medical; NURSE BETTY
DOE, Turnkey Medical, Last Name
Unknown; NURSE B. JOHNSON,
Turnkey Medical; and CHIEF ELROD,
Jail Administrator, Garland County
Detention Center                                                                                        DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation filed August 17, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 4). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se*. Judge Bryant recommended that this case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 7th day of September 2021.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1